

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00020-CV

IN THE ESTATE OF ERNEST HODGES, DECEASED

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2007-0003498-2)

§ May 5, 2022

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's order denying Appellant Scott Moseley's ninth application for attorney's fees and expenses as to fees and expenses incurred prior to Ernest Hodge's death. We reverse that portion of the trial court's order denying Moseley's ninth application for fees and expenses incurred in his representation of the estate and its administrator in

the outside litigation and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach